# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § CRIMINAL NO. 4:15-CR-182-SDJ-KPJ |
| | § |
| MARCO PEDRO ALONSO | § |
| | § |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on May 31, 2022, to determine whether Defendant violated his supervised release. Defendant was represented by Brian O'Shea. The Government was represented by Glenn Jackson.

On February 22, 2017, United States District Judge Marcia A. Crone sentenced Defendant to a term of seventy-one (71) months' imprisonment followed by three (3) years of supervised release. On August 4, 2021, Defendant completed his term of imprisonment and began serving the term of supervision. On April 20, 2022, this case was reassigned to United States District Judge Sean D. Jordan.

On April 25, 2022, the U.S. Probation Officer filed the Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 74). The Petition asserts Defendant violated the following conditions of supervision: (1) Defendant shall not commit another federal, state, or local crime; (2) Defendant must refrain from any unlawful use of a controlled substance; and (3) Defendant must participate in a program of testing and treatment for drug abuse, follow the rules and regulations of that program until discharged, and pay any costs associated with treatment and testing. *See* Dkt. 74.

The Petition asserts Defendant violated the foregoing conditions as follows:

1. On January 10, 2022, Defendant was arrested in McKinney, Texas, and charged with two counts of Manufacture and Delivery of a Controlled Substance in violation of Texas Penal Code HSC481.112(d).
2. On January 3, 2022, Defendant submitted a urine sample that tested positive for marijuana use. The specimen was confirmed positive for marijuana use on January 15, 2022.
3. Defendant was unsuccessfully discharged from substance abuse treatment following his arrest on January 10, 2022, for possession of a controlled substance.

On May 31, 2022, the Court conducted a final revocation hearing on the Petition. *See* Dkt. 87. Defendant entered a plea of true as to each allegation, consented to revocation of his supervised release, and waived his right to object to the proposed findings and recommendations of the United States Magistrate Judge. *See* Dkts. 87, 88. The Court finds that Defendant violated the terms of his supervised release, and thus, his supervised release should be revoked.

## RECOMMENDATION

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the May 31, 2022 hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twenty-four (24) months, to run concurrent with any other sentence imposed, followed by twelve (12) months of supervised release under the same conditions previously imposed. The Court further recommends Defendant be placed at a Federal Bureau of Prisons facility in Atwater, California, if appropriate.

**So ORDERED and SIGNED this 1st day of June, 2022.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE