IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § CRIMINAL NO. 4:15-CR-182-SDJ-KPJ |
| | § |
| MARCO PEDRO ALONSO | § |
| | § |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. The Magistrate Judge entered proposed findings of fact and a recommendation, (Dkt. #89), that Defendant be committed to the custody of the Bureau of Prisons for a term of twenty-four (24) months' imprisonment, to run concurrent with any other sentence imposed, followed by twelve (12) months of supervised release under the same conditions previously imposed. The Magistrate Judge further recommended Defendant be placed at a Federal Bureau of Prisons facility in Atwater, California, if appropriate.

Having received the Report of the United States Magistrate Judge and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge, (Dkt. #88), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, Defendant is hereby committed to the custody of the Bureau of Prisons for a term of

twenty-four (24) months' imprisonment, to be served concurrent to any other sentence imposed, followed by twelve (12) months of supervised release under the same conditions previously imposed. The Court recommends Defendant be placed at a Federal Bureau of Prisons facility in Atwater, California, if appropriate.

**So ORDERED and SIGNED this 17th day of June, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE